UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES CLEMENS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV417-040 |
| JOSE MORALES, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

Respondent moves under Fed. R. Civ. P. 5.2(d) to file under seal two documents that "are not in the public domain and are from files whose contents are 'confidential' under state law." Doc. 21 at 1. The documents -- a copy of petitioner's Corrections file notating receipt of the Illinois "warrant of arrest" and a copy of an order from petitioner's State Board of Pardons and Paroles file -- do not fit Rule 5.2(a)'s criteria, but the Court can, and now does, **GRANT** the motion under Local Rule 79.7.

**SO ORDERED,** this  5th  day of April, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA