# United States District Court
## for the Southern District of Georgia
## Savannah Division

JAMES CLEMENS,                    )
                                  )
    Petitioner,           )
                                  )
v.                                )          CV 417-040
                                  )
JOSE MORALES, Warden,             )
                                  )
    Respondent.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 28, to which no objections have been filed. *See* dkt. no. 29 (copy of Report and Recommendation returned as undeliverable and marked as "released" from custody). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this _____ day of July, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA